UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| David Bethea, | ) | C/A No. 4:12-3577-RBH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Chesterfield Marlboro EOC Counsel; South Carolina Department of Social Services; U.S. Department of Agriculture, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    This is a civil action filed by a *pro se* litigant. By order dated February 6, 2013, Plaintiff was given a specific time frame in which to bring this case into proper form. Plaintiff substantially has complied with the court's order, and this case is now in proper form.

**TO THE CLERK OF COURT**:

    The Clerk of Court is directed *not* to issue the summonses or forward this matter to the United States Marshal for service of process at this time.

    The Clerk of Court is directed to add to the docket as defendants the following: the South Carolina Department of Social Services and the U.S. Department of Agriculture. In the complaint, it was not clear whether Plaintiff intended to name other defendants, so this court sent a special court interrogatory to Plaintiff wherein he was asked about his intention with regard to naming defendants. ECF No. 10. He answered the special interrogatory that he did intend to also name those parties as defendants. ECF No. 14.

**TO PLAINTIFF**:

    On March 11, 2013, the court received documentation from you to show where you have attempted service of process on the United States Attorney General and the U.S. Attorney for the District of South Carolina. ECF No. 18. In this court's February 6, 2013, order, it had requested you to complete and return to the court proposed service documents for the Attorney General of the United States and the United States Attorney for the District of South Carolina because thereafter this court would determine if service of process should be authorized. Thus, your attempt at service of process is null because a summons has not been issued for those defendants, and, furthermore, this court has decided not to authorize service of process.

**IT IS SO ORDERED**.

 s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

March 28, 2013
Florence, South Carolina